# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS TSUI and WILLIAM LUGO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNIVERSAL SERVICES OF AMERICA, LP, ALLIED UNIVERSAL TOPCO LLC, ALLIED UNIVERSAL BENEFITS COMMITTEE, and JOHN AND JANE DOES 1-10,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01158-JWH-JDE<br><br>Judge John W. Holcomb<br><br>**ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Motion to Dismiss filed: Aug. 8, 2022<br>Current response date: Sept. 16, 2022<br>New response date: September 9, 2022 |

The Parties filed a Stipulation Regarding Briefing Schedule on Defendants' Motion to Dismiss ("Stipulation"). The Court, having considered the Stipulation and all papers in support thereof, as well as the pleadings, exhibits, and records in this matter, and for good cause shown, hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.
2. Plaintiffs are **DIRECTED** to file their response to Defendants' Motion to Dismiss on or before September 9, 2022.
3. Defendants are **DIRECTED** to file their reply in support of their Motion to Dismiss on or before September 23, 2022.
4. The hearing on Defendants' Motion to Dismiss is **SET** for October 21, 2022, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 18, 2022

THE HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE