UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NICKOLAS TSUI and WILLIAM LUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL SERVICES OF AMERICA, LP, ALLIED UNIVERSAL TOPCO LLC, ALLIED UNIVERSAL BENEFITS COMMITTEE, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 8:22-cv-01158-JWH-JDE<br><br>**JOINT STIPULATED PROTECTIVE ORDER** |

This matter comes before the Court on the Parties' Joint Stipulated Protective Order (Dkt. 84, "Stipulation"). Having considered all the arguments, papers, and other documents presented in this case, with good cause existing and subject to the Local Rules, IT IS HEREBY ORDERED that the Stipulation is APPROVED to the extent it does not alter the Local Rules.

Dated: February 13, 2025

_____
JOHN D. EARLY
United States District Judge